HICKMAN, C. J., and GARWOOD and SMITH, JJ., join in this dissent.

**MOORE v. STATE.**

No. 25858.

Court of Criminal Appeals of Texas.
May 14, 1952.

Rehearing Denied June 25, 1952.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale in a dry area, prior convictions being alleged for the purpose of enhancing the

penalty; the punishment, a fine of $1,500 and 6 months in jail.

The record is before us without a statement of facts or bills of exception.

The proceedings appear regular on their face; and nothing being presented for our review, the judgment of the trial court is affirmed.